# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pequea Township,                            :
        Appellant                        :
                                         :
        v.                               :   No.  204 C.D. 2017
                                         :
Zoning Hearing Board                        :
of Pequea Township                          :
                                         :
        v.                               :
                                         :
Thomas W. Schelling                         :

## ***ORDER***

AND NOW, this 27th day of March, 2018, it is ORDERED that the above-captioned opinion filed January 8, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

 

_____
PATRICIA A. McCULLOUGH, Judge